## AFFIDAVIT OF SERVICE

| Case:<br>1-23-cv-07892<br>(LDH) (MMH) | Court:<br>In the United States District Court For The<br>Eastern District of New York | County:<br>Queens | Job:<br>9992361 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Gerson Antonio Colmenares | | Defendant / Respondent:<br>Pronto Pizzeria Corp. , 4519 28th Ave Corp., Guisepe Cioccoto | |
| Received by:<br>First Class Process Servers & Investigations, LLC. | | For:<br>Pagan Lopez Law Office | |
| To be served upon:<br>Pronto Pizzeria Corp. | | | |

I, Gregory Naeder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Pronto Pizzeria Corp. , 45-19 28th Avenue, Astoria , NY 11103 |
| Manner of Service: | Authorized, Nov 28, 2023, 3:22 pm EST |
| Documents: | Summons and Complaint Civil Action |
| GPS Coordinates and Timestamp: | 40.76341030955393, -73.90918236658405 |

Additional Comments:
1) Successful Attempt: Nov 28, 2023, 3:22 pm EST at 45-19 28th Avenue, Astoria , NY 11103 received by Pronto Pizzeria Corp. & ., Guisepe Cioccoto. Age: 50-55; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'6"; Hair: Gray; Eyes: Brown;

Service was completed inside the restaurant establishment. The principal owner answered by name, " Guisepe Cioccoto" He accepted in hand two copies of the documents on behalf of the business entity and himself as a named respondent  individual

Subscribed and sworn to before me by the affiant who is personally known to me.

_____   12/03/2023
Gregory Naeder                      Date
2108828-DCA

Notary Public _____

First Class Process Servers & Investigations, LLC.
25 Hyatt Street Suite 302
Staten Island , NY 10301
718-376-0700

Date          Commission Expires

JENNIFER M. JULIANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JU6359013
Qualified in Richmond County
Commission Expires    May 22, 20_26_

## AFFIDAVIT OF SERVICE

| Case: 1-23-cv-07892 (LDH) (MMH) | Court: In the United States District Court For The Eastern District of New York | County: Queens | Job: 9992361 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Gerson Antonio Colmenares | | **Defendant / Respondent:** Pronto Pizzeria Corp. , 4519 28th Ave Corp., Guisepe Cioccoto | |
| **Received by:** First Class Process Servers & Investigations, LLC. | | **For:** Pagan Lopez Law Office | |
| **To be served upon:** Guisepe Cioccoto | | | |

I, Gregory Naeder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Guisepe Cioccoto, 45-19 28th Avenue, Astoria , NY 11103

**Manner of Service:**   Personal/Individual, Nov 28, 2023, 3:22 pm EST

**Documents:**   Summons and Complaint Civil Action

**GPS Coordinates and Timestamp:**   40.76341030955393, -73.90918236658405

**Additional Comments:**
1) Successful Attempt: Nov 28, 2023, 3:22 pm EST at 45-19 28th Avenue, Astoria , NY 11103 received by Pronto Pizzeria Corp. & ., Guisepe Cioccoto. Age: 50-55; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'6"; Hair: Gray; Eyes: Brown;

Personal service completed at the place of business. The principal owner answered by name and accepted in hand two copies of the documents on behalf of the business entity and as an individual

_____     12/03/2023
Gregory Naeder                                   **Date**
2108828-DCA

First Class Process Servers & Investigations, LLC.
25 Hyatt Street Suite 302
Staten Island , NY 10301
718-376-0700

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____
**Date**                    **Commission Expires**

JENNIFER M. JULIANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JU6359013
Qualified in Richmond County
Commission Expires    May 22, 2025