UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERSON ANTONIO COLMENARES OJEDA,<br><br>      Plaintiff,<br>      -against-<br><br>PRONTO PIZZERIA CORP. and GIUSEPPE CICCOTTA.,<br>as individuals.<br><br>      Defendants. | Case 1:23-cv-07892<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendants, Pronto Pizzeria Corp., and Giuseppe Ciccotta (a private non-governmental party or intervenor) certifies the following:

**Part I**

      Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicity held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.

      Pronto Pizzeria Corp. does not have a parent corporation or publicly-held stock.

**Part II**

      Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

      N/A

Dated: December 6th, 2023.

Respectfully submitted,
SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Ian E. Smith*
    Ian E. Smith
    New York Bar No. 4027447
    ian@spirelawfirm.com
    margarita@spirelawfirm.com
    filings@spirelawfirm.com

    Attorney for Defendants | Pronto Pizzeria
    Corp., and Giuseppe Ciccotta.