

# PAGAN LOPEZ LAW
## JUSTICE · EQUALITY · TRUST

28-07 Jackson Ave. Tower Three Jackson, 5th floor
Long Island City, NY 11101

| | |
|---|---|
| Roberto L. Pagan, Esq.* | Tel. (347)434-3040 |
| John Gomis. ~ | (347)434-3041 |
| Christina Falcone, Esq.** | |
| Raj Telwala, Esq + | Fax (646)490-2159 |
| | info@paganlopezlaw.com |

*Admitted in the State of New York and the US Commonwealth of Puerto Rico
~Admitted in the New York State
** Admitted in the State of New York and New Jersey
+Admitted in the State of Minnesota and US Tax Court

December 5, 2023

**Via Electronic Filing**                    December 5, 2023
The Honorable Judge LaShann DeArcy Hall and
The Honorable Magistrate Judge Marcia M. Henry
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re.: Colmenares Ojeda v. Pronto Pizzeria Corp. et al (1:23-cv-07892)

Dear Judge DeArcy Hall:

    I am counsel for Plaintiff in the above-mentioned matter. This letter motion serves as a request to seek leave of the court to amend the caption to address any errors with regards to the name of the Defendants. This is the first request from Plaintiff seeking such relief.

    Counsel for Defendants have consented to such leave to amend.

    We thank the court for its courtesies.

        Respectfully submitted,

        Roberto Pagan-Lopez, Esq.
        Counsel for Plaintiff.